UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

EAST 2 WEST PRODUCT GROUP,

        Plaintiff,

   -v-                                          No. 09 Civ. 1870 (LTS)

HENRY BROWN, LLC and TEAM OCEAN
SERVICES, INC.,

        Defendants.                       ORDER

-------------------------------------------------------x

        This matter having been commenced by the filing of a complaint on February 27, 2009, and defendant Team Ocean Services, Inc. ("Team Ocean") having filed an answer and a cross-claim against defendant / cross-claim defendant Henry Brown, LLC ("Henry Brown") on July 20, 2009, and Henry Brown having failed to interpose a timely answer to the cross-claim or otherwise move in this proceeding, and Team Ocean having sought permission to move for a default judgment, it is hereby

        ORDERED, that Team Ocean may make a motion for a default judgment; and it is further

        ORDERED, that such motion for default judgment shall be served on Henry Brown and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the answer and cross-claim and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

        ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

ORDERED, that Team Ocean shall serve a copy of this Order on Henry Brown and file proof of such service within ten (10) days from the date hereof.

The Clerk of Court is respectfully requested to re-open this case.

SO ORDERED.

Dated: New York, New York
       October 14, 2009

_____
LAURA TAYLOR SWAIN
United States District Judge
