UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EAST 2 WEST PRODUCT GROUP, LLC.,

                Plaintiff(s),

-v-                                      No. 09 Civ. 1870 (LTS)

HENRY BROWN, LLC.,

                Defendant(s).
-------------------------------------------------------X

USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
#: _____<br>
E FILED: 0 8 APR 2010

### ORDER

        The Final Pretrial Conference scheduled for **September 10, 2010, at 2:15 p.m.** in Courtroom 11C.

Dated: New York, New York
       April 8, 2010

                                              LAURA TAYLOR SWAIN
                                              United States District Judge